Court in 12/31/14                                   #01-14-00081-CV

Regina Sophus' Addresses Used At During the Case:

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC 31 2014

CHRISTOPHER A. PRINE
CLERK

2014:

    3643 N. Mac Gregor Way

    Houston, TX 77004 #40

2013-2014:

    "The Royale Apartments"

    9701 Stella Link Rd. #70

    Houston, TX 77025

2012-2013:

    "New Hope Apartments"

    320 Hamilton Street #120

    Houston, TX 77002

2011-2012:

    "The Polo Club Apartments"

    14531 Ella Blvd. #139

    Houston, TX 77014

2009-2011:

    "Garden City Apartments"

    9601 West Montgomery #129

    Houston, TX 77088

2519 Grand Canyon . Houston Tx. 77067